

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: ED12-0007M |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |
| MANUEL FAJARDO | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _SOUTHERN_ District of _CALIFORNIA_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND / COMMUNITY TIES
- UNKNOWN AVAILABLE BAIL RESOURCES
- SUBSTANCE ABUSE
- FAILURES TO APPEAR

1  and/or

2  B.    ( )    The defendant has not met his/her burden of establishing by clear and
3              convincing evidence that he/she is not likely to pose a danger to the
4              safety of any other person or the community if released under 18
5              U.S.C. § 3142(b) or (c).  This finding is based on the following:

6  _____
7  _____
8  _____
9  _____

12  IT THEREFORE IS ORDERED that the defendant be detained pending the further
13  revocation proceedings.

15  Dated: 1/12/12

                                                    _____
                                                    HONORABLE DAVID T. BRISTOW
                                                    United States Magistrate Judge

2